**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| John Jaudon | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | No. 1:21-cv-07104-NLH-MJS |
| | : | |
| | : | **CIVIL ACTION** |
| Nicholas Smarsch, et al. | : | |
| Defendant(s) | : | |

**LOCAL CIV. R. 7.1.1 THIRD-PARTY LITIGATION FUNDING DISCLOSURE STATEMENT**

The undersigned counsel for Plaintiff, John Jaudon, certifies that there is no person or entity that is not a party and is providing funding for some or all of his attorneys' fees and expenses for the above-captioned matter on a non-recourse basis.

                                                Marc I. Simon, Esquire
                                                Simon & Simon, PC
                                                1818 Market Street, Suite 2000
                                                Philadelphia, PA 19103

Date: __July 22, 2021_____