# Law Offices of
# JAMES H. ROHLFING

James H. Rohlfing
Steven J. Currenti [2]
Michael A. Mourtzanakis [1]
Florence A. Lamb [2]
Cynthia J. Birkitt [1]
D. Scott Conchar [1]
Jaunice M. Canning [1]
Gary N. Coutu [1]
Kevin D. London [1]
Lisa Marie DeRogatis [1]
Rosalind J. Raymond [2]
Nancy B. Appel [1]
Eileen M. Ryan [2]
Suzanne D. Montgomery [1]
James P. Meissler [1]
Erica B. Sherman
Patrick S. Brennan
Robert C. Kane, Jr.
Christina P. Fisher
Peter J. Dahl

1. Certified by the Supreme Court
   of N.J. as a Civil Trial Attorney

2. Certified by the Supreme Court
   of N.J. as a Workers' Compensation

Victoria M. Gomez
Paulisa D. Vargas
Rachel W. Console
Kenneth A. Funkhouser
Gina M. Kourtesis
Rebecca C. Molnar
Caitlin E. White
Gaecia A. Yaw
Kaitlin M. Reilly
Amanda B. Haasz
Jeffrey F. Talbot
Amanda J. Hickey
Kelsey A. Krier
Raymond M. Long IV
Samuel P. Reisen
Renee C. Rivas
Andrew I. Tealer
Julianne Cefalu
Lisa R. Bowles
Gregory J. Guido
Samantha M. Sannazzaro
Anthony G. Alvarez

**Mailing Address:**
P.O. Box 2903
Hartford, CT 06104-2903
(973) 631-7300
Fax (855) 857-9822

**Physical Address:**
445 South Street, Suite 200
Morristown, NJ  07960-6475

Attorney's Direct Line: 973.631.7316
Attorney's Email: lderogat@travelers.com

Please refer to File No.: 2021051774-US-LMD

March 27, 2023

Hon. Matthew J. Skahill
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

**Re: Jaudon, John v. Smarsch, Nicholas, et al.
Docket No.: 1:21-cv-07104-NLH-MJS**

Your Honor:

I write to advise the Court that, unfortunately, it does not appear that the issues with the Northampton County Court of Common Pleas for the Order of Nondisbursement have been sorted out.  As of last week, plaintiff's counsel informed my office that they are working on a distribution sheet.  However, we have not heard back from them or the Court.

Thus, kindly allow this letter to serve as a request that the action be reopened and the 60 Day Order Administratively Terminating this Action, dated February 6, 2023, be withdrawn.

We appreciate Your Honor's continued patience.  Thank you for all courtesies.

Respectfully submitted,

Lisa Marie DeRogatis

LMD/lmd
CC:   Anthony Canale, Esq.
      Mr. Arthur J. Smarsch Jr. and Ms. Jacqueline Smarsch
      Mr. Joseph Young\Travelers\717 PP IDY4311

Not a Partnership or Professional Corporation.
All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.