

Marc I. Simon, Esquire ♦
Michelle Skalsky-Simon, Esquire (Retired)
Joshua A. Rosen, Esquire ~
Matthew J. Zamites, Esquire ~
Brian F. George, Esquire ♦♦
Michael K. Simon, Esquire ~
Mary G. McCarthy, Esquire ~
Joshua D. Baer, Esquire ~
Amanda Nese, Esquire ~
Ashley Henkle, Esquire ~
Brittany Sturges, Esquire ~
Daniel Ward, Esquire ♦
Carleigh Baldwin, Esquire++
Roman Galas, Esquire ♦
Ryan Flaherty, Esquire ~
Samuel Gangemi, Esquire♦
Abigail Boyd, Esquire~
Paraskevoula Mamounas, Esquire +++

Kane Daly, Esquire ~
Anthony Canale, Esquire ♦
Kelly Peterson, Esquire ♦
Harry Gosnear, Esquire ♦
Christopher Green, Esquire ♦
Adam Holtman, Esquire++
Andrew Baron, Esquire~
Charles Williams, Esquire ♦
Christopher Burruezo, Esquire ♦
Jessica Thimons, Esquire ~
Sam Reznik, Esquire ~
Mackenzie Bince, Esquire++
Edward Costello, Esquire+
Blaise Richards, Esquire♦
Ari Sliffman, Esquire ♦
Matthew Kirouac, Esquire++
Richard Santosusso, Esquire ♦

~ Licensed in PA
♦ Licensed to practice in PA & NJ
♦♦ Licensed to practice in PA & MA
+ Licensed to practice in NJ
++ Licensed to practice in MA
+++ Licensed to practice in PA, NY &NJ

**SIMON & SIMON, PC**
INJURY LAWYERS

Headquarters

18 Campus Blvd | Suite 100
Newtown Square, PA 19073
Tel: (215) 467-4666 | Fax: (267) 639-9006

marcsimon@gosimon.com
www.gosimon.com

April 3, 2023

Hon. Matthew J. Skahill
Mitchell H. Cohen U.S. Courthouse
4th &, Cooper Street
Camden, NJ 08101

**Re: Jaudon v. Smarsch**
**Docket No.: 21-cv-07104**

Your Honor:

    Per this Court's March 27, 2023 Order, the undersigned hereby responds to the issues raised in Defendant's letter to the Court. It is the undersigned's position that the administrative Order can be extended for 60 days to allow for finalization of the settlement process. The undersigned has been in communication with the Northampton Court of Common Pleas. That Court requires a final distribution sheet from our office before it can amend its present non-distribution order. At present, our office is awaiting a final figure from the Department of Human Services regarding any lien they wish to assert against the settlement. Upon receipt of that figure, the Northampton Court will be able to amend its present order. We appreciate Your Honor's continued patience with this process.

Respectfully Submitted,

/s/Anthony J. Canale
Anthony J. Canale, Esq.
Simon and Simon, PC
Attorney for the Plaintiff

ADDITIONAL OFFICES
PHILADELPHIA |2 Logan Square | Suite 300 | Philadelphia, PA 19103 | Tel: (215) 467-4666
CAMDEN |401 Market Street | PO Box 807 | Camden, NJ 08101 | Tel: (856) 457-6393
MOUNT LAUREL |309 Fellowship Road Suite 200 | Mt Laurel Township, NJ 08054
PITTSBURGH | 500 Grant Street | Suite 2900 | Pittsburgh, PA 15219 | Tel: (412) 360-7257
ERIE | 1001 State Street | Suite 1400 | Erie, PA 16501 | Tel: (814) 240-5190
BOSTON | 100 Cambridge St | 14th Floor | Boston, MA 02114 | Tel: (857) 233-0559
DORCHESTER| 1452 Dorchester Ave 3rd Floor | Dorchester, MA | Tel: (617) 264-0605